UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **REBECCA TRIPPODO,**<br>    Plaintiff | § § § § | |
| | § | Civil Action No. 4:20-CV-04063 |
| **VS.** | § § | JURY TRIAL REQUESTED |
| | § | |
| **PARKWAY PROPERTY INVESTMENTS, LLC AND STANDARD PARKING CORPORATION, IL,**<br>    Defendants | § § § § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff REBECCA TRIPPODO provides the following information:

Plaintiff would show that to the best of her knowledge the following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Parkway Property Investments, LLC
   **Defendant**

2. Standard Parking Corporation, IL, now known as SP Plus Corporation
   **Defendant**

3. Rebecca Trippodo
   **Plaintiff**

4. Brett Anthony
   **Plaintiff's attorney**

5. Adam Anthony
   **Plaintiff's attorney**

6. Douglas P. Peterson
   **Plaintiff's attorney**

7. Anthony & Peterson, L.L.P., the law firm which Brett Anthony and Douglas P. Peterson are members

A supplemental certificate will be filed upon any change in the information provided.

Respectfully Submitted,

**ANTHONY & PETERSON, LLP**

*/s/ Adam Anthony*
Adam Anthony
State Bar No. 24087109
Federal ID No. 2191274
aanthony@anthony-peterson.com
Brett Anthony
State Bar No. 00793272
Federal ID No. 20025
banthony@anthony-peterson.com
Douglas P. Peterson
State Bar No. 00797240
Federal ID No. 22399
dpeterson@anthony-peterson.com
500 North Water Street, Ste. 1000
Corpus Christi, Texas 78401
Telephone: (361) 687-1000
Facsimile: (361) 687-1010

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2020, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Clerk, Southern District of Texas, using the electronic case filing system of the court pursuant to the Local Rules and Federal Rules of Civil Procedures

Fernando P. Arias
Mark D. Hardy, Jr.
Fletcher, Farley, Shipman & Salinas, LLP
9201 N. Central Expressway, Suite 600
Dallas, Texas  75231

*/s/ Adam Anthony*
Adam Anthony