United States District Court
Southern District of Texas
**ENTERED**
March 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REBECCA TRIPPODO, | § |
| Plaintiff. | § |
| VS. | § CIVIL ACTION NO. 4:20-cv-04063 |
| SP PLUS CORPORATION, ET AL., | § |
| Defendants. | § |

## **ORDER**

As discussed with the parties at the hearing on March 23, 2021, I am considering piercing the pleadings to consider summary-judgment type evidence as part of the analysis required under *Hensgens v. Deere & Co.*, 833 F.2d 1179, 1182 (5th Cir. 1987). If the parties would like me to consider any additional evidence, please file that evidence (preferably in admissible form) by Friday, April 2, 2021.

SIGNED on this 25th day of March 2021.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE