United States District Court
Southern District of Texas
**ENTERED**
June 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA TRIPPODO, | § § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-cv-04063 |
| SP PLUS CORPORATION, ET AL., | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 3, 2021, Plaintiff's Opposed Motion for Leave to File Second Amended Complaint (Dkt. 15) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 21. On May 21, 2021, Judge Edison filed a Memorandum and Recommendation (Dkt. 34) recommending that Plaintiff's Opposed Motion for Leave to File Second Amended Complaint (Dkt. 15) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 34) is **APPROVED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Opposed Motion for Leave to File Second Amended Complaint (Dkt. 15) is **GRANTED**;

(3) The Clerk is **ORDERED** to file Dkt. 15-1 as Plaintiff's Second Amended Complaint;

It is so **ORDERED**.

SIGNED and ENTERED this 15th day of June 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE